**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Melissa Ann Rushing, Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-001160

―――――――――

Appeal From Chesterfield County
Cely Anne Brigman, Family Court Judge

―――――――――

Unpublished Opinion No. 2020-UP-016
Submitted January 23, 2020 – Filed January 24, 2020

―――――――――

**AFFIRMED**

―――――――――

Kimberly Yancey Brooks, of Kimberly Y. Brooks, Attorney at Law, of Greenville, for Appellant.

Cody Tarlton Mitchell, of Lucas Warr & White, of Hartsville, as Guardian ad Litem for Appellant.

Scarlet Bell Moore, of Greenville, for Respondent.

C. Heath Ruffner, of McLeod & Ruffner, of Cheraw, for
the Guardian ad Litem for the minor children.

---

**PER CURIAM:** Melissa Ann Rushing appeals the family court's final order terminating her parental rights to her minor children. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Rushing's counsel.

**AFFIRMED.**[1]

**THOMAS, GEATHERS, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.